**BRUCE GREENFIELD**
c/o 1524 Thornhill Avenue
Westlake Village, CA 91361

telephone/fax (818) 312-5700

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Bruce Greenfield          Debtor<br>_____<br><br>Bruce Greenfield<br>                      Plaintiff<br><br>   vs.<br><br>The State Bar of California;<br>and Catherine D. Purcell;<br>and Richard A. Platel<br><br>                      Defendants | Adversary Complaint No. _____<br><br>Chapter 7 Bankruptcy Case No. 12-14013-MB<br><br>**ADVERSARY COMPLAINT** |

Plaintiff/Debtor alleges the following claim for relief against "The State Bar of California" <u>and</u> Judge Catherine D. Purcell (review dept.) <u>and</u> Judge Richard A. Platel (hearing dept.): Plaintiff requests the bankruptcy court to issue an order for declaratory relief - which requires Judge Catherine D. Purcell (and) Judge Richard A. Platel (and) "The State Bar of California" to schedule respondent's requested <u>settlement conference</u> - re: state bar Case No. 08-O-10074 (to resolve issues regarding the "discharged" debt which has been ordered paid as restitution).

Dated: July 8, 2015

                                        *Bruce Greenfield*
                                        _____
                                        Bruce Greenfield

<u>Declaration of Service</u>

I, the undersigned declare: I am, and was at the time of service of the papers herein referred to, over the age of 18. My "mailing" address is 1524 Thornhill Ave. Westlake Village, CA

On July 8, 2015 - I served the following document:

ADVERSARY COMPLAINT

Danielle A. Lee, Esq.

State Bar of California
Office of General Counsel
180 Howard Street
San Francisco, CA 94105

_X_  BY MAIL:   I placed a copy in a sealed envelope on 7/8/15

I declare under penalty of perjury under laws of State of Calif. and United States of America foregoing is true and correct; and declaration executed July 8, 2015 - at Westlake Village, CA.

*Bruce Greenfield*
_____
Bruce Greenfield

FORM B104 (08/07)                                                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Bruce Greenfield | **DEFENDANTS** <br> The State Bar of California, and <br> Richard A. Platel and Catherine D. Purcell |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> 1524 Thornhill Avenue <br> Westlake Village, CA 91361   (818) 312-5700 | **ATTORNEYS** (If Known) <br> Danielle A. Lee, Esq. Office of General Counsel (State Bar) <br> 180 Howard Street    (415) 538-2517 <br> San Francisco, CA 91405 |
| **PARTY** (Check One Box Only) <br> ☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☑ Other <br> ☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) <br><br> To obtain an order for possible resolution of disputed "discharged" debt (by requiring defendants to order settlement conference) | |

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 87,900.00 |
| **Other Relief Sought** <br><br> For resolution of the "discharged" restitution claim (at requested settlement conference) - requested to be ordered by the bankruptcy court - | |

FORM B104 (08/07), page 2                                                2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| **NAME OF DEBTOR** <br> Bruce Greenfield || **BANKRUPTCY CASE NO.** <br> 1:12-14013-AA |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Alan Ahart |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| **PLAINTIFF** <br> Bruce Greenfield | **DEFENDANT** <br> Solutions Media, Inc. | **ADVERSARY PROCEEDING NO.** <br> 1:15-01098-MB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Martin Barash |

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**

*Bruce Greenfield* (signature)

| **DATE** <br> 7/8/15 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Bruce Greenfield |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone | FOR COURT USE ONLY |
|---|---|
| Bruce Greenfield<br>c/o 1524 Thornhill Avenue<br>Westlake Village, CA 91361<br><br>Telephone (818) 312-5700 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Bruce Greenfield<br><br>Debtor(s). | CASE NO.: 1:12-bk-14013<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: |
|---|---|
| Bruce Greenfield<br><br>                    Plaintiff(s)<br>Versus<br><br>The State Bar of California<br>Catherine D. Purcell and<br>Richard A. Platel<br><br>                    Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____<br>**Time:** _____<br>**Courtroom:** _____ | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
|---|---|

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
　　　Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 2                    F 7004-1.SUMMONS.ADV.PROC